# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE SCHULER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:21-cv-00550-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULE<br><br>(ECF Nos. 12, 17) |

On August 29, 2022, the parties filed a stipulated request for an extension of time to file the opening brief, which the Court construes as a motion to modify the scheduling order. (ECF No. 17.) Plaintiff seeks an extension from September 6, 2022, to October 6, 2022, to file the opening brief. This is Plaintiff's first request for an extension. Plaintiff proffers good cause exists for the extension due to the influx (at least 50) of certified administrative records in his cases and multiple merit briefs concurrently due around the same time in September. The Court is satisfied that good cause exists to grant the requested relief.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the schedule (ECF No. 17) is GRANTED;

2. Plaintiff shall have until **October 6, 2022**, to file the opening brief; and

///

///

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 12) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **August 29, 2022**

UNITED STATES MAGISTRATE JUDGE

2