# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE SCHULER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:21-cv-00550-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULE<br><br>(ECF No. 20) |

On November 16, 2022, the parties filed a stipulated motion to extend the time for Defendant to file an opposition brief by 28 days. (ECF No. 20.) The Court finds good cause based on the proffer of illness due to flu, as well as additional proffers. (Id.)

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the schedule (ECF No. 20) is GRANTED; and
2. Defendant shall have until **December 9, 2022**, to file the opposition brief.

IT IS SO ORDERED.

Dated:  **November 16, 2022**

                                                UNITED STATES MAGISTRATE JUDGE