# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE SCHULER,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:21-cv-00550-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULE<br><br>(ECF No. 22) |

On December 7, 2022, the parties filed a stipulated motion to extend the deadline for Defendant to file an opposition brief by 10 days. (ECF No. 20.) Despite this being the second extension, the Court finds good cause based on the limited extension, and potential settlement.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the schedule (ECF No. 22) is GRANTED; and
2. Defendant shall have until **December 19, 2022**, to file the opposition brief.

IT IS SO ORDERED.

Dated: **December 8, 2022**

UNITED STATES MAGISTRATE JUDGE

1