# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE SCHULER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00550-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULE<br><br>(ECF No. 24) |

On December 8, 2022, the Court granted the parties stipulated motion to extend the deadline for Defendant to file an opposition brief by 10 days, until December 19, 2022. (ECF No. 23.) The Court noted "[d]espite this being the second extension, the Court finds good cause based on the limited extension, and potential settlement." (Id.) On December 16, 2022, the parties filed a stipulation to again extend the opposition deadline. (ECF No. 24.) While this is the third request filed shortly after the second, the Court shall grant the request, finding good cause, as: the deadline has not yet expired; Defendant proffers there is a good faith belief settlement will be successful; counsel had an unexpected family injury; counsel acknowledged Plaintiff's counsel's professional courtesy; counsel apologizes to the Court; and Defendant is only requesting an additional twenty-one (21) days over the holiday period.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the schedule (ECF No. 24) is GRANTED; and
2. Defendant shall have until **January 9, 2023**, to file the opposition brief.

IT IS SO ORDERED.

Dated:   **December 16, 2022**

UNITED STATES MAGISTRATE JUDGE